**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Fredrick D. Hall
F.P.D.C. DOC No. 529480
388 Natures Acres Rd
Winnsboro LA 71295

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 24, 2024

**REHEARING ACTION: April 24, 2024**

**Docket Number: 23   00792-KH**

**STATE OF LOUISIANA**
**VERSUS**
**FREDRICK D. HALL**

**Writ Application from Rapides Parish Case No. 356,785**

**<u>BEFORE JUDGES</u>:**

> **Hon. Sharon Darville Wilson**
> **Hon. Charles G. Fitzgerald**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Fredrick D. Hall** is:

> **REHEARING DENIED**. The application for rehearing was untimely filed.   See Uniform Rules—Courts of Appeal, Rule 2–18.2(1). Additionally, Probationer's writ application was untimely as to both the probation revocation and the motion to quash.   *See* Uniform Rules—Courts of Appeal, Rules 2–13 and 4–3; Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379 (1988).

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent